UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 01-30043-04 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CHRISTOPHER DAVIS | MAGISTRATE JUDGE HAYES |

### ORDER

Upon consideration and for the reasons set forth in this Court's Ruling,

IT IS ORDERED that Defendant Christopher Davis's motion to vacate, correct, or set aside sentence, pursuant to 28 U.S.C. § 2255 [Doc. No. 547], is **DENIED**.

MONROE, LOUISIANA, this 16th day of January, 2015.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE